# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TAIWAN WALLACE, ROGER DAVIS,                                    PLAINTIFFS
MICHAEL STURDIVANT, GLEN FLOYD,
EMILY COLSON, BRODERICK BURNETT
and BRIDGETTE TATE, Individually and on
Behalf of All Others Similarly Situated

vs.                      Case No. 4:22-cv-337-KGB

EVERGREEN PACKAGING, LLC                                       DEFENDANT

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO PRODUCE PUTATIVE COLLECTIVE LIST TO PLAINTIFFS' COUNSEL

Defendant Evergreen Packaging, LLC ("Evergreen") respectfully moves for an extension of time to produce the putative collective list to opposing counsel as directed by this Court's March 31, 2023 Order (Dkt. 63). In support of its motion, Evergreen states as follows:

1. Plaintiffs filed their Motion for Conditional Certification, for Approval and Distribution of Notice, and For Disclosure of Contact Information ("Motion") on July 25, 2022. [Doc. 18]. The Motion was fully briefed by November 28, 2022. [Dkt. 55, 56, 61, and 62].

2. On March 31, 2023, this Court granted in part and denied in part Plaintiffs' Motion for Conditional Certification and for Approval and Distribution of Notice. [Dkt. 63]. As detailed in this Court's Order, the Court conditionally certified a collective of all non-exempt production workers, employed by Defendant within the State of Arkansas, at any time since April 12, 2019. *Id*. Moreover, the Court ordered Evergreen to provide counsel for Plaintiffs with "the names, including any aliases or alternative names, last known mailing addresses, and all known e-mail addresses, including personal and company sponsored" for the conditionally certified collective.

*Id.*[1] The Court ordered Evergreen to produce that information within seven days of entry of its March 31, 2023 Order. *Id.*

3. Evergreen has worked diligently since receipt of this Order on the morning of April 3, 2023[2] to gather this information for the conditionally certified collective, which comprises more than 1000 current and former production workers over the span of more than three years.

4. Evergreen anticipates that it will take at least three to four weeks to collect accurate and up-to-date information for each of the individuals who should be included within the conditionally certified collective. To that end, Evergreen seeks an additional 28 days, up to and including May 5, 2023, within which to provide Plaintiffs' counsel with a class list that includes names, last-known addresses, and e-mail addresses for all non-exempt production workers employed by Evergreen within the State of Arkansas from April 12, 2019 to the present.

5. Evergreen's counsel conferred with Plaintiffs' counsel regarding the instant motion, and they do not oppose the requested extension. As part of Plaintiffs' assent to the instant Motion, Evergreen does not object to a tolling of the statute of limitations for the putative collective while Evergreen gathers the requisite information for the class list.

---

[1] Evergreen notes that there is likely a typographical error in the Court's March 31, 2023 Order, on page 9, where the Court states that Evergreen is "ordered to provide plaintiffs' counsel the names, including any aliases or alternative names, last known mailing addresses, and all known e-mail addresses, including personal and company-sponsored, for all Direct Support Professionals employed by defendants at any time since April 12, 2019, within seven days from the entry of this Order." Evergreen does not employ Direct Support Professionals and is proceeding with the understanding that it is to identify hourly production workers within the State of Arkansas. Defendant will produce the requisite information for those individuals employed by Evergreen during the relevant period.

[2] Evergreen acknowledges that the Court entered this order on March 31, 2023 and it is docketed as of that date. However, counsel for Evergreen did not receive ECF notification of the Order until the morning of April 3, 2023.

WHEREFORE, Defendant Evergreen Packaging, LLC respectfully requests that it be granted an extension of time up to and including May 5, 2023, to provide Plaintiffs' counsel with the conditionally certified collective list that includes the names, last known addresses, and e-mail addresses for all non-exempt production workers employed by Evergreen within the State of Arkansas from April 12, 2019 to the present.

Respectfully Submitted,

**EVERGREEN PACKAGING, LLC**

John A. Ybarra (admitted *Pro Hac Vice*)
Shanthi V. Gaur
Matthew J. Ruza (admitted *Pro Hac Vice*)
jybarra@littler.com
sgaur@littler.com
mruza@littler.com
LITTLER MENDELSON, P.C.
321 N. Clark Street, Suite 1100
Chicago, Illinois 60654
Tel: 312-372-5520
Fax: 312-372-7880

Eva C. Madison (98183)
emadison@littler.com
LITTLER MENDELSON, P.C.
217 E. Dickson Street, Suite 204
Fayetteville, AR 72701
Tel: 479.582.6100
Fax: 479.582.6111