IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAIWAN WALLACE *et al.*, each individually
and on behalf of all others similarly situated                                          PLAINTIFFS

v.                            Case No. 4:22-cv-00337-KGB

EVERGREEN PACKAGING, LLC                                                                DEFENDANT

## ORDER

Before the Court is defendant Evergreen Packaging, LLC's ("Evergreen") unopposed motion for extension of time to produce putative collective list to plaintiffs' counsel (Dkt. No. 64). Evergreen "seeks an additional 28 days, up to and including May 5, 2023, within which to provide Plaintiffs' counsel with a class list that includes names, last-known addresses, and e-mail addresses for all non-exempt production workers employed by Evergreen within the State of Arkansas from April 12, 2019 to the present" (*Id.*, ¶ 4).

For good cause shown, the Court grants the motion (Dkt. No. 64). Evergreen shall have up to and including May 5, 2023, to provide plaintiff Taiwan Wallace's counsel with the required list of Hourly-Paid Production Workers.

So ordered this the 13th day of April, 2023.

Kristine G. Baker
United States District Judge