IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                          PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                          No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                          DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

 Devonte Battles
_____
PRINTED NAME

 05.19.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                              PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                    No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                 DEFENDANT

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

     I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Wardell Brooks Jr*
_____
SIGNATURE

 Wardell Brooks Jr
_____
PRINTED NAME

 05.18.2023
_____
Date



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                    DEFENDANT

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

      I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*James Chapman*
_____
SIGNATURE

 James Chapman
_____
PRINTED NAME

 05.19.2023
_____
Date



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                    No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                 **DEFENDANT**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

      I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*robin dubree*
_____
SIGNATURE

 robin dubree
_____
PRINTED NAME

 05.19.2023
_____
Date



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                      PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                              No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                          DEFENDANT

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Marcus Forrest*
_____
SIGNATURE

 Marcus Forrest
_____
PRINTED NAME

 05.18.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                     PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                    No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                          DEFENDANT

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

     I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Dedrick Harris*
_____
SIGNATURE

 Dedrick Harris
_____
PRINTED NAME

 05.17.2023
_____
Date



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                          PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                    No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                          DEFENDANT

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Edward Henderson*



—————————————————
SIGNATURE

Edward Henderson
—————————————————
PRINTED NAME

05.17.2023
—————————————————
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                              No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                    **DEFENDANT**

### <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Katoya Hillard*
_____
SIGNATURE

 Katoya Hillard
_____
PRINTED NAME

 05.20.2023
_____
Date



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                              **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                              No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                              **DEFENDANT**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

   I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Torrance Hobbs*



SIGNATURE

Torrance Hobbs
PRINTED NAME

05.17.2023
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                        PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                        No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                        DEFENDANT

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for underpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_Laquintus House_

SIGNATURE

Laquintus House

PRINTED NAME

05.18.2023

Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                      No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                                        **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Takeiya Hudson*
_____
SIGNATURE



 Takeiya Hudson
_____
PRINTED NAME

 05.18.2023
_____
Date


**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                              PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                          No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                  DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

        I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*bradley king*
_____
SIGNATURE

 bradley king
_____
PRINTED NAME

 05.22.2023
_____
Date



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                    PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                        DEFENDANT

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Michael Lambert*
_____
SIGNATURE

 Michael Lambert
_____
PRINTED NAME

 05.18.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**


# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                          No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_Demetrus Linsy_
_____
SIGNATURE

 Demetrus Linsy
_____
PRINTED NAME

 05.18.2023
_____
Date


**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**


# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                          **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*John Linsy*
_____
SIGNATURE

John Linsy
_____
PRINTED NAME

05.17.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                          PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                    No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                          DEFENDANT

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_Lucas Linsy_
_____
SIGNATURE

Lucas Linsy
_____
PRINTED NAME

05.21.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                              PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                      No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                 DEFENDANT

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_Maurice Linsy_
_____
SIGNATURE

 Maurice Linsy
_____
PRINTED NAME

 05.18.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                            PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                              No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                               DEFENDANT

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

   I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Jerrick Lockwood*
_____
SIGNATURE

 Jerrick Lockwood
_____
PRINTED NAME

 05.18.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

Document Ref: BM7YZ-BEFAE-GSIOR-VC3MC

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                    No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                    DEFENDANT

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Maurice Lucas*
_____
SIGNATURE

Maurice Lucas
_____
PRINTED NAME

05.18.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                    No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                    DEFENDANT

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

      I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Marquez Brentley*
_____
SIGNATURE

 Marquez Brentley
_____
PRINTED NAME

 05.17.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                                 **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                                        No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                                      **DEFENDANT**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

        I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Marcus Murry*
_____
SIGNATURE

 Marcus Murry
_____
PRINTED NAME

 05.18.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**


# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                     **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                     No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Virginia Nelson*



_____
SIGNATURE

Virginia Nelson
_____
PRINTED NAME

05.18.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                      No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                       DEFENDANT

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Kelly Persons*

_____
SIGNATURE

 Kelly Persons
_____
PRINTED NAME

 05.17.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                   PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                      DEFENDANT

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_Robert Reap_
_____
SIGNATURE

 Robert Reap
_____
PRINTED NAME

 05.19.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                    No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

        I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Julius Terry jr*
_____
SIGNATURE

 Julius Terry jr
_____
PRINTED NAME

 05.19.2023
_____
Date



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                   PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                            No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                      DEFENDANT

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

        I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Adam Vick*
_____
SIGNATURE

 Adam Vick
_____
PRINTED NAME

 05.20.2023
_____
Date



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023