IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAIWAN WALLACE, ROGER DAVIS,
MICHAEL STURDIVANT, GLEN FLOYD,
EMILY COLSON, BRODERICK BURNETT
and BRIDGETTE TATE, Individually and
on Behalf of All Others Similarly Situated                                    PLAINTIFFS

vs.                                   No. 4:22-cv-337-KGB

EVERGREEN PACKAGING, LLC                                                      DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Kyle J Brown
PRINTED NAME

20 May_____, 2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAIWAN WALLACE, ROGER DAVIS,　　　　　　　　　　　　　　　PLAINTIFFS
MICHAEL STURDIVANT, GLEN FLOYD,
EMILY COLSON, BRODERICK BURNETT
and BRIDGETTE TATE, Individually and
on Behalf of All Others Similarly Situated

vs.　　　　　　　　　　　No. 4:22-cv-337-KGB

EVERGREEN PACKAGING, LLC　　　　　　　　　　　　　　　　　DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Clifton Scott, Jr.*
SIGNATURE

Clifton Jr Scott
PRINTED NAME

5-18_____, 2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**