IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                               **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                              No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                      **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

       I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*TOMMIE ARRINGTON*
_____
SIGNATURE

TOMMIE ARRINGTON
_____
PRINTED NAME

05.23.2023
_____
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**  **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.   No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**  **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

    I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Clifton Crompton*
_____
SIGNATURE

Clifton Crompton
_____
PRINTED NAME

05.25.2023
_____
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**             **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.         No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**               **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

   I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Jonathan Gray*
_____
SIGNATURE



Jonathan Gray
_____
PRINTED NAME

05.28.2023
_____
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **TAIWAN WALLACE, ROGER DAVIS,** **MICHAEL STURDIVANT, GLEN FLOYD,** **EMILY COLSON, BRODERICK BURNETT** and **BRIDGETTE TATE**, Individually and on Behalf of All Others Similarly Situated | **PLAINTIFFS** |
| vs. | No. 4:22-cv-337-KGB |
| **EVERGREEN PACKAGING, LLC** | **DEFENDANT** |

### CONSENT TO JOIN COLLECTIVE ACTION

    I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Marc Jimenez*
_____
SIGNATURE

Marc Jimenez
_____
PRINTED NAME

05.30.2023
_____
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

### IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

Case 4:22-cv-00337-KGB   Document 72   Filed 05/30/23   Page 5 of 10

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**     **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.     No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**     **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

    I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Lance Lawhon*
_____
SIGNATURE

Lance Lawhon
_____
PRINTED NAME

05.25.2023
_____
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

Document Ref: 25QMG-U4VFN-WNAKW-YNRXW

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**  **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.   No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**   **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Lee Moore*
_____
SIGNATURE

Lee Moore
_____
PRINTED NAME

05.23.2023
_____
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,** **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.　　　　　　　　No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**　　　　　　　　**DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

  I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Oribe Owens*
_____
SIGNATURE

Oribe Owens
_____
PRINTED NAME

05.23.2023
_____
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

Document Ref: 8RNZC-RY3WD-NGHC4-WMEH4

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**             **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.            No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

       I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Randy Smith*
_____
SIGNATURE

Randy Smith
_____
PRINTED NAME

05.27.2023
_____
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

Document Ref: RHI7A-NZ4OY-VMIKG-Y3KT9

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**             **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.          No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**          **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

    I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Carlos Stokes*
_____
SIGNATURE

Carlos Stokes
_____
PRINTED NAME

05.28.2023
_____
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**     **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.     No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**     **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

    I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.


SIGNATURE

Emily Tyler
PRINTED NAME

05.30.2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**