IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                 **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                          No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                 **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

       I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_[signature]_
SIGNATURE

Corey A Freeman
PRINTED NAME

June 5, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**   **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.   No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**   **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Timothy Releford*
SIGNATURE

Timothy Releford
PRINTED NAME

06.20.2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAIWAN WALLACE, ROGER DAVIS,　　　　　　　　　　　　　　　　　PLAINTIFFS
MICHAEL STURDIVANT, GLEN FLOYD,
EMILY COLSON, BRODERICK BURNETT
and BRIDGETTE TATE, Individually and
on Behalf of All Others Similarly Situated

vs.　　　　　　　　　　　No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**　　　　　　　　　　　　　　　　　　　　DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_/s/ Tamala T. Stevens_
SIGNATURE

Tamala T Stevens
PRINTED NAME

May 27, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAIWAN WALLACE, ROGER DAVIS,　　　　　　　　　　　　　　　　　　　PLAINTIFFS
MICHAEL STURDIVANT, GLEN FLOYD,
EMILY COLSON, BRODERICK BURNETT
and BRIDGETTE TATE, Individually and
on Behalf of All Others Similarly Situated

vs.　　　　　　　　　　　　No. 4:22-cv-337-KGB

EVERGREEN PACKAGING, LLC　　　　　　　　　　　　　　　　　　　　DEFENDANT

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Timmie Lee Stokes_
SIGNATURE

Timmie Lee Stokes
PRINTED NAME

May 21, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**