# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TAIWAN WALLACE *et al.*, each individually
and on behalf of all others similarly situated**                                    **PLAINTIFFS**

**v.**                              **Case No. 4:22-cv-00337-KGB**

**EVERGREEN PACKAGING, LLC**                                                        **DEFENDANT**

## ORDER

Before the Court is defendant Evergreen Packaging, LLC's ("Evergreen") motion for leave to file reply brief in support of its compel the DocuSign audit trail history for opt-in plaintiff consent forms (Dkt. No. 101). For good cause shown, the Court grants Evergreen's motion (*Id.*). Evergreen shall file its reply within 14 days of the date of this Order.

So ordered this 11th day of July, 2023.

_____
Kristine G. Baker
United States District Court Judge