IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                    DEFENDANT

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Charles Allison*
_____
SIGNATURE

 Charles Allison
_____
PRINTED NAME

 07.25.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                    No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                    **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in
Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the
Fair Labor Standards Act for underpaid wages and other relief. I consent to becoming a
party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be
bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

V. Jack Bennett
PRINTED NAME

7 - 21 - _____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

## IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Kathy A Clegg
PRINTED NAME

7-22          , 2023
Date



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                      **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                        No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                      **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for underlined unpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Steven T. Collins*
SIGNATURE

Steven T Collins
PRINTED NAME

July 20 , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                      No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                    DEFENDANT

### <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

        I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Amy Crain*
_____
SIGNATURE

 Amy Crain
_____
PRINTED NAME

 07.25.2023
_____
Date



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**
**MICHAEL STURDIVANT, GLEN FLOYD,**                                      **PLAINTIFFS**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

VS.                                          No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**

                                                    **DEFENDANT**

<u>**CONSENT TO JOIN COLLECTIVE ACTION**</u>

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



SIGNATURE

Kristie J Elliott
PRINTED NAME

July 3. , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

VS.                                    No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Aaron C Flennaugh
PRINTED NAME

July  19            , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                   No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                    **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

Erma J Guy_____
PRINTED NAME

July 20_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

## IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                    PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                              No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                        DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for underpaid wages and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Leon H Guy_____
PRINTED NAME

____7-27_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                      **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**Behalf of All Others Similarly Situated**

vs.                       No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                      **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

Ryan Johnson
PRINTED NAME

7-21-23_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

## IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    PLAINTIFFS
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                     No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                    DEFENDANT

### <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



*Tyrone Lever*
_____
SIGNATURE

Tyrone Lever
_____
PRINTED NAME

07.27.2023
_____
Date

**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                           No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                       **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

Hilario Loredo
PRINTED NAME

7-20-23          , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                      **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                   No. 4:22-cv-337-KGB

EVERGREEN PACKAGING, LLC                                      **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Shane Lowry_
SIGNATURE

Shane lowry
PRINTED NAME

_7 - 24_____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

**PLAINTIFFS**

vs.                                  No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                       **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

Jay N Seale
PRINTED NAME

5-30-23
Date                    , 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                                    No. 4:22-cv-337-KGB


**EVERGREEN PACKAGING, LLC**                                    **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

        I was employed as an hourly production worker for Evergreen Packaging, LLC, in
Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the
Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a
party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be
bound by any settlement of this action or adjudication by the Court.


_____
SIGNATURE

_____
Ebony Smith
PRINTED NAME

_____8 / 19_____, 2023
Date


Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com


**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                               No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in
Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the
Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a
party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be
bound by any settlement of this action or adjudication by the Court.



_Gene Strong_
SIGNATURE

_Gene Strong_
PRINTED NAME

_7-26_                  , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

# IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**


vs.                              No. 4:22-cv-337-KGB


**EV˜ RGREEN PACKAGING, LLC**                       **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

_____
PRINTED NAME

_____, 2023
Date


Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com


**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAIWAN WALLACE, ROGER DAVIS,
MICHAEL STURDIVANT, GLEN FLOYD,                                    PLAINTIFFS
EMILY COLSON, BRODERICK BURNETT
and BRIDGETTE TATE, Individually and
on Behalf of All Others Similarly Situated

VS.                                    No. 4:22-cv-337-KGB

EVᵀRGREEN PACKAGING, LLC

                                                                    DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in
Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the
Fair Labor Standards Act for underpaid wages and other relief. I consent to becoming a
party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be
bound by any settlement of this action or adjudication by the Court.

_Flonia Ward Jr._
SIGNATURE

_Flonia Ward Jr._
PRINTED NAME

_7/24/2023_, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                            **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

VS.                                         No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                          **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

Darrell Wright
PRINTED NAME

7-18- _____, 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023**

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**                                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                     No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                                     **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly production worker for Evergreen Packaging, LLC, in Arkansas, on or after April 12, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u> and other relief.  I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



SIGNATURE

Vanessia L Wright
PRINTED NAME

7 – 18                  , 2023
Date

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

## IMPORTANT: RETURN FOR FILING BEFORE AUGUST 3, 2023