IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAIWAN WALLACE, ROGER DAVIS,　　　　　　　　　　　　　　　　　PLAINTIFFS
MICHAEL STURDIVANT, GLEN FLOYD,
EMILY COLSON, BRODERICK BURNETT
and BRIDGETTE TATE, Individually and on
Behalf of All Others Similarly Situated

vs.　　　　　　　　　　　Case No. 4:22-cv-337-KGB

EVERGREEN PACKAGING, LLC　　　　　　　　　　　　　　　　　DEFENDANT

**JOINT MOTION TO EXTEND THE COURT'S SCHEDULING ORDER**

Plaintiffs Taiwan Wallace, Roger Davis, Michael Sturdivant, Glen Floyd, Emily Colson, Broderick Burnett, and Bridgette Tate, and Defendant Pactiv Evergreen LLC jointly submit this Motion to Extend Scheduling Order Deadlines by 60 days and in support thereof state the following:

1.　On March 31, 2023, this Court granted in part and denied in part Plaintiffs' Motion for Conditional Certification and for Approval and Distribution of Notice. [Dkt. 63]. As detailed in this Court's Order, the Court conditionally certified a collective of all non-exempt production workers employed by Defendant within the State of Arkansas at any time since April 12, 2019. *Id*.

2.　This Court provided Plaintiffs' and the putative collective with 90-days from the date that Defendant provided Plaintiffs with the putative collective member list (May 5, 2023) to file their consent-to-join forms and opt-into this litigation. [Dkt. 63].

3.　Therefore, the opt-in period for putative collective members to file their consent-to-join forms and opt-into this litigation ended on August 7, 2023. During this time frame, Defendants' issued written discovery to each of the named plaintiffs and each of the named plaintiffs have responded to that discovery. Moreover, the Parties have fully briefed Defendant's

Motion to Compel the DocuSign Audit Trail, which is ripe for the Court's review. Finally, the parties are in the process of scheduling the depositions of each of the named plaintiffs.

4. However, since the opt-in period is now complete, the parties are still operating under the Court's Initial Scheduling Order entered in this matter on September 22, 2022. [Dkt. 36].

5. Under this Initial Scheduling Order, a discovery cut-off deadline of August 16, 2023 exists even though the collective has just been formed and there has been no opportunity for discovery on the collective members. Further, there is essentially no time for de-certification or dispositive motions prior to a bench trial set for on October 30, 2023 [Dkt.36]. Thus, the parties have conferred and agreed that a short extension of the case schedule would be warranted.

6. Therefore, the Parties jointly and respectfully request the following changes to the Court's Scheduling Order:

    a. Merits discovery as to the FLSA collective should be completed no later than **November 17, 2023.**

    b. Final collective certification and decertification motions shall be filed no later than **December 15, 2023.**

    c. In accordance with Fed. R. Civ. P. 26, Plaintiff's expert witness disclosures are due on or before the date of any Class Certification or Final Certification motion. Defendant's expert witness disclosures are due **Thirty Days** thereafter. These documents are to be exchanged between the parties and are not to be filed with the Court.

    d. Expedited non-dispositive motions must comply with Civil L.R. 7(h).

e.  Counsel seeking non-dispositive procedural relief shall consult with the opposing party and include in the motion a statement indicating whether or not the motion is opposed.

f.  Motions for Summary Judgment must comply with Fed. R. Civ. P. 56 and shall be served and filed on or before **March 1, 2024.**

7.  The Parties request that this case be set on the trial docket for **May 2024.**

8.  The Parties request the extension of these deadlines in good faith and without any intent to further delay the proceedings in this action.

9.  The Parties therefore respectfully request that the Court enter an order extending the scheduling order deadlines as described above.

Dated: August 15, 2023

*/s/Daniel D. Ford*
Daniel D. Ford
daniel@sanfordlawfirm.com
Sanford Law Firm PLLC
One Financial Center – Suite 411
650 South Shackleford
Little Rock, AR 72211
Tel: 501−221−0088
Fax: 888−787−2040

Joshua Sanford
josh@sanfordlawfirm.com
Sanford Law Firm, PLLC
Kirkpatrick Plaza, Suite 510
10800 Financial Centre Parkway
Little Rock, AR 72211
Tel: 501−221−0088
Fax: 888−787−2040

Attorneys for Plaintiffs

*/s/ John A. Ybarra*
John A. Ybarra (admitted *Pro Hac Vice*)
Shanthi V. Gaur
Matthew J. Ruza (admitted *Pro Hac Vice*)
jybarra@littler.com
sgaur@littler.com
mruza@littler.com
LITTLER MENDELSON, P.C.
321 N. Clark Street, Suite 1100
Chicago, Illinois 60654
Tel: 312-372-5520
Fax: 312-372-7880

Eva C. Madison (98183)
emadison@littler.com
LITTLER MENDELSON, P.C.
217 E. Dickson Street, Suite 204
Fayetteville, AR 72701
Tel: 479.582.6100
Fax: 479.582.6111

Attorneys for Defendant