# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TAIWAN WALLACE *et al.*, each individually
and on behalf of all others similarly situated**　　　　　　　　　　**PLAINTIFFS**

**v.**　　　　　　　**Case No. 4:22-cv-00337-KGB**

**EVERGREEN PACKAGING, LLC**　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to extend the Court's scheduling order (Dkt. No. 121). The parties ask that the Court continue the trial date until May 2024 and provide to the Court for consideration a set of proposed deadlines. For good cause shown, the Court grants the motion to the extent that it suspends the deadlines contained in its Initial Scheduling Order (Dkt. Nos. 36; 121). The Court will reset the trial date and all pretrial deadlines by separate Order. The Court takes under advisement the parties' proposed deadlines.

So ordered this 16th day of August, 2023.

_____
Kristine G. Baker
United States District Court Judge