IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**  **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Individually and**
**on Behalf of All Others Similarly Situated**

vs. No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**  **DEFENDANT**

## NOTICE OF AGREED FILING – LATE CONSENTS TO JOIN

Plaintiffs Taiwan Wallace, Roger Davis, Michael Sturdivant, Glen Floyd, Emily Colson, Broderick Burnett and Bridgette Tate, individually and on behalf of all others similarly situated, by and through their attorneys Daniel Ford and Josh Sanford of Sanford Law Firm, PLLC, give notice of the agreed filing of the attached late Consents to Join as to:

1. Arrica Clegg;
2. Jimmy Coleman;
3. Corey Edwards;
4. Curtis Hubbard;
5. Marquise Huskey;
6. Edward Jefferson;
7. Courtney Lemons; and
8. Marwan Smith.

Page 1 of 2
Taiwan Wallace, et al. v. Evergreen Packaging, LLC
U.S.D.C. (E.D. Ark.) No. 4:22-cv-337-KGB
Notice of Filing Late Consents to Join

Defendant's counsel has consented to this filing.

        Respectfully submitted,

        **TAIWAN WALLACE, ROGER DAVIS, MICHAEL STURDIVANT, GLEN LOYD, EMILY COLSON, BRODERICK BURNETT and BRIDGETTE TATE, Each Individually and on Behalf of Others Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Daniel Ford
        Ark. Bar No. 2014162
        daniel@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

Page 1 of 2
Taiwan Wallace, et al. v. Evergreen Packaging, LLC
U.S.D.C. (E.D. Ark.) No. 4:22-cv-337-KGB
Notice of Filing Late Consents to Join