IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLCE, ROGER DAVIS,**                                                                    **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Each Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                    No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                                **DEFENDANT**

## <u>NOTICE OF APPEARANCE—SEAN SHORT</u>

Attorney Sean Short of Sanford Law Firm, PLLC, and he does hereby enter his appearance on behalf of Plaintiffs. Mr. Short certifies that he is a member in good standing of the Bar of the Eastern District of Arkansas and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiffs' other attorneys.

                                                          Respectfully submitted,

                                                          **ATTORNEY SEAN SHORT**

                                                          SANFORD LAW FIRM, PLLC
                                                          Kirkpatrick Plaza
                                                          10800 Financial Centre Pkwy, Suite 510
                                                          Little Rock, Arkansas 72211
                                                          Telephone: (800) 615-4946
                                                          Facsimile: (888) 787-2040

                                                          Sean Short
                                                          Ark. Bar No. 2015079
                                                          sean@sanfordlawfirm.com