# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**TAIWAN WALLACE, individually and on
behalf of all others similarly situated**                                        **PLAINTIFFS**

**v.**                                        **Case No.  4:22-cv-00337 KGB**

**EVERGREEN PACKAGING, LLC**                                        **DEFENDANT**

## ORDER

Before the Court is a motion for leave to withdraw as counsel for all plaintiffs (Dkt. No. 126).  Plaintiffs request that Daniel Ford be relieved as counsel in this matter because he has resigned as a full-time member of the Sanford Law Firm (*Id*., ¶ 1).  Plaintiffs state that they will continue to be represented by Josh Sanford and other attorneys of the Sanford Law Firm (*Id*., ¶ 2). For good cause shown, the Court grants the motion and relieves Mr. Ford as counsel for plaintiffs in the matter.

It is so ordered this 10th day of October, 2023.

Kristine G. Baker
United States District Judge