IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**     **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Each Individually and**
**on Behalf of All Others Similarly Situated**

vs.            No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**        **DEFENDANT**

## JOINT NOTICE OF SETTLEMENT

Plaintiffs and Defendant submit this Notice of Settlement to apprise the Court that Plaintiffs and Defendant have reached a settlement in principle that will resolve all claims asserted by Plaintiffs. The parties are in the process of finalizing settlement terms and expect to file their Motion for Approval with the Court within sixty (60) days from the filing of this Notice of Settlement. Should the parties be unable to file their Motion for Approval by this date, they will make an appropriate request for extension to the Court, if required, or provide a status update. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

                                                    Respectfully submitted,

                                                    **TAIWAN WALLACE, ROGER DAVIS,**
                                                    **MICHAEL STURDIVANT, GLEN FLOYD,**
                                                    **EMILY COLSON, BRODERICK BURNETT**
                                                    **and BRIDGETTE TATE, Each Individually**
                                                    **and on Behalf of All Others Similarly**
                                                    **Situated, PLAINTIFFS**

                        SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

**and**    **EVERGREEN PACKAGING, LLC**

*/s/ John A. Ybarra*
John A. Ybarra (admitted *Pro Hac Vice*)
Shanthi V. Gaur
Matthew J. Ruza (admitted *Pro Hac Vice*)
jybarra@littler.com
sgaur@littler.com
mruza@littler.com
LITTLER MENDELSON, P.C.
321 N. Clark Street, Suite 1100
Chicago, Illinois 60654
Tel: 312-372-5520
Fax: 312-372-7880

Eva C. Madison (98183)
emadison@littler.com
LITTLER MENDELSON, P.C.
217 E. Dickson Street, Suite 204
Fayetteville, AR 72701
Tel: 479.582.6100
Fax: 479.582.6111