IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**  **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD**
**EMILY COLSON, BRODERICK BURNETT**
**and BRIDGETTE TATE, Each Individually and**
**on Behalf of All Others Similarly Situated**

vs. No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**  **DEFENDANT**

## JOINT STATUS REPORT

Plaintiffs Taiwan Wallace, Roger Davis, Michael Sturdivant, Glen Floyd, Emily Colson, Broderick Burnett, and Bridgette Tate, individually and on behalf of all others similarly situated, and Defendant Evergreen Packaging, LLC, by and through their respective undersigned counsel, submit the following Joint Status Report

1.  On November 27, 2023, the Parties filed a Joint Notice of Settlement informing the Court that the Parties had reached a settlement in principle that would resolve all claims in this case. (ECF No. 128)

2.  Further, the Parties stated that they anticipated filing a Motion for Approval of Settlement or a status report by January 26, 2024.

3.  The Parties are still in the process of negotiating terms of the settlement and creating a formal written agreement. Significant progress has been made and the Parties appear close to finalizing a settlement agreement document.

4.  However, the Parties require more time finalize the settlement documents and to fully execute their agreement.

5. The Parties anticipate filing a Motion for Approval of Settlement or another joint status report by February 25, 2024.

        Respectfully submitted,

        **TAIWAN WALLACE, ROGER DAVIS, MICHAEL STURDIVANT, GLEN FLOYD, EMILY COLSON, BRODERICK BURNETT and BRIDGETTE TATE, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

        Sean Short
        Ark. Bar No. 2015079
        sean@sanfordlawfirm.com

and    **EVERGREEN PACKAGING, LLC**

        */s/ Matthew J. Ruza*
        John A. Ybarra (admitted *Pro Hac Vice*)
        Shanthi V. Gaur
        Matthew J. Ruza (admitted *Pro Hac Vice*)
        jybarra@littler.com
        sgaur@littler.com
        mruza@littler.com

        LITTLER MENDELSON, P.C.
        321 N. Clark Street, Suite 1100
        Chicago, Illinois 60654
        Tel: 312-372-5520
        Fax: 312-372-7880

Eva C. Madison (98183)
emadison@littler.com
LITTLER MENDELSON, P.C.
217 E. Dickson Street, Suite 204
Fayetteville, AR 72701
Tel: 479.582.6100
Fax: 479.582.6111