IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, individually and on behalf of all others similarly situated**  **PLAINTIFFS**

v.  Case No. 4:22-cv-00337 KGB

**EVERGREEN PACKAGING, LLC**  **DEFENDANT**

## ORDER

Before the Court is the status of this case. On November 27, 2023, the parties filed a joint notice of settlement apprising the Court that they had a reached a settlement in principle (Dkt. No. 128). The parties stated that they expected to file their motion for approval with the Court within 60 days of the filing of this notice of settlement (*Id.*). On January 26, 2024, the parties filed a joint status report stating that they were still in the process of negotiating terms of the settlement and creating a formal settlement agreement (Dkt. No. 129, ¶ 3). The parties stated that they anticipated filing a motion for approval of settlement or another joint status report by February 25, 2024 (*Id.*, ¶ 5). As of the date of this Order the parties have filed neither a motion for approval of settlement nor another joint status report.

The Court directs the parties to file within seven days of the entry of this Order either a joint motion for approval of settlement, a joint status report updating the Court on the status of the settlement, or separate status reports if they cannot agree.

It is so ordered this 21st day of March, 2024.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge