IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| TAIWAN WALLACE, ROGER DAVIS, MICHAEL STURDIVANT, GLEN FLOYD, EMILY COLSON, BRODERICK BURNETT and BRIDGETTE TATE, Individually and on Behalf of All Others Similarly Situated | | PLAINTIFFS |
| vs. | Case No. 4:22-cv-337-KGB | |
| EVERGREEN PACKAGING, LLC | | DEFENDANT |

**JOINT STATUS REPORT**

Pursuant to this Court's March 21, 2024 Order (Dkt. No. 130), Plaintiffs Taiwan Wallace, Roger Davis, Michael Sturdivant, Glen Floyd, Emily Colson, Broderick Burnett, and Bridgette Tate, individually and on behalf of all others similarly situated, and Defendant Evergreen Packaging, LLC, by and through their respective undersigned counsel, hereby submit the following Joint Status Report.

1. On November 27, 2023, the parties filed a Joint Notice of Settlement, informing the Court that the parties had reached a settlement in principle that would resolve all claims in this case. (Dkt. No. 128).

2. On January 26, 2024, the parties advised the Court that they were in the process of negotiating the terms of the settlement and creating a formal settlement agreement (Dkt. No. 129).

3. Pursuant to this Court's March 21, 2024 Order (Dkt. No. 130), the parties hereby advise the Court that all parties have now signed a formal settlement agreement that resolves all claims in this case.

4.	The parties are now finalizing their Motion for Approval of the Settlement, along with all supporting materials, including the Notice to be sent to the collective members.

5.	The parties anticipate that they will file their Motion for Approval or another joint status report by April 15, 2024.

Date:  March 26, 2024p

| | |
|---|---|
| */s/ Sean Short* | */s/ John A. Ybarra* |
| Sean Short | John A. Ybarra (admitted *Pro Hac Vice*) |
| sean@sanfordlawfirm.com | Shanthi V. Gaur |
| Joshua Sanford | Matthew J. Ruza (admitted *Pro Hac Vice*) |
| josh@sanfordlawfirm.com | jybarra@littler.com |
| Sanford Law Firm, PLLC | sgaur@littler.com |
| Kirkpatrick Plaza, Suite 510 | mruza@littler.com |
| 10800 Financial Centre Parkway | LITTLER MENDELSON, P.C. |
| Little Rock, AR 72211 | 321 N. Clark Street, Suite 1100 |
| Tel: 501−221−0088 | Chicago, Illinois 60654 |
| Fax: 888−787−2040 | Tel: 312-372-5520 |
| | Fax: 312-372-7880 |
| Attorneys for Plaintiffs | Attorneys for Defendant |