IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAIWAN WALLACE, individually and on
behalf of all others similarly situated                                              PLAINTIFFS

v.                              Case No. 4:22-cv-00337 KGB

EVERGREEN PACKAGING, LLC                                                             DEFENDANT

## ORDER

Before the Court is defendant Evergreen Packaging, LLC's motion to compel (Dkt. No. 87). On November 27, 2023, the parties filed a joint notice of settlement stating that they had reached a settlement in principle (Dkt. No. 128, at 1). On March 26, 2024, the parties filed a joint status report stating that they were in the process of finalizing their motion for approval of the settlement (Dkt. No. 131, ¶ 4). The Court therefore denies without prejudice and as moot in the light of the settlement defendant's pending motion to compel (Dkt. No. 87). If necessary, defendant may refile the motion to compel to seek a ruling from the Court.

It is so ordered this 27th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge