Exhibit 1 - Costs Invoice

| 4/13/2022 | Filing Fee | $402.00 |
|---|---|---|
| 4/25/2022 | Service Fee to Jeff Barnett | $50.00 |
| 4/27/2022 | Contract Labor for Complaint Drafting | $184.00 |
| 5/15/2023 | Contract Labor for Notice Mailing | $277.50 |
| 5/15/2023 | Copies for Notice Mailing | $1,672.00 |
| 6/8/2023 | Postcard Reminder Postage | $472.26 |
| 6/29/2023 | Postage for Notice Mailing | $3,130.50 |
| 7/10/2023 | TLO Searches For Returned Notices | $630.00 |
| 11/29/2023 | Callfire Updates Regarding Notices | $152.88 |
| Total: | | $6,971.14 |