IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TAIWAN WALLACE, individually and on
behalf of all others similarly situated                                                    PLAINTIFFS

v.                                   Case No. 4:22-cv-00337 KGB

EVERGREEN PACKAGING, LLC                                                               DEFENDANT

## ORDER

Before the Court is the status of this case. This case is currently set for trial sometime during the week of May 13, 2024 (Dkt. No. 124). On April 15, 2024, the parties filed a joint motion to approve settlement and dismiss plaintiffs' claims (Dkt. No. 133). On its own motion, the Court removes this case from the trial calendar for the week of May 13, 2024. The Court will reset this case for trial, if necessary, after ruling on the joint motion to approve settlement.

It is so ordered this 3rd day of May, 2024.

_____
Kristine G. Baker
Chief United States District Judge