IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**          **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT,**
**and BRIDGETTE TATE, Each Individually and**
**on Behalf of All Others Similarly Situated**

vs.          No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**          **DEFENDANT**

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RENEWED MOTION FOR FEES AND TO EXTEND CERTAIN DEADLINES
SET BY THE APPROVED SETTLEMENT**

Plaintiffs Taiwan Wallace, Roger Davis, Michael Sturdivant, Glen Floyd, Emily Colson, Broderick Burnett and Bridgette Tate, each individually and on behalf of all others similarly situated, by and through their attorneys of Sanford Law Firm, PLLC, and for their Unopposed Motion for Extension of Time to File Renewed Motion for Fees, state and allege as follows:

1. On March 17, the Court entered an Order approving the Parties Settlement and partially awarding Plaintiffs attorney's fees and costs. ECF No. 136. The Court denied Plaintiffs' request for fees in part but stated that Plaintiffs may file a properly supported renewed motion for the Court's consideration. *Id.*

2. No deadline was placed on the filing of this renewed motion, and Plaintiffs presume a 14-day response time. Plaintiffs respectfully request, and Defendant does not oppose, an additional 14 days to file their renewed motion.

3. However, in order to allow the Court sufficient time to consider the renewed

Page 1 of 3
Taiwan Wallace, et al. v. Evergreen Packaging, LLC
U.S.D.C. (E.D. Ark.) No. 4:22-cv-337-KGB
Unopposed Motion for Extension of Time to File Renewed Motion for Fees

motion, Plaintiffs ask that certain deadlines, set by the approved Settlement Agreement, be extended to allow the Court time to consider Plaintiffs' renewed motion. Specifically, the Court's final approval of the Settlement triggers the following deadlines: (i) on April 8, 2025, the production of the class list and Qualifying Workweek count to the Settlement Administrator; (ii) on May 12, 2025, the funding of the settlement; (iii) on May 20, 2025, the calculation of settlement shares and checks to the Settlement Collective Members; (iv) on May 27, 2025, the sending of the Settlement Checks to the Settlement Collective; and (v) a bi-weekly accounting by the administrator of the settlement checks to the Settlement Collective. The Court's ruling on Plaintiffs' renewed motion, however, will determine the amount of each settlement check. Hence, the Parties and the Claims' Administrator must have the Court's ruling on the renewed motion for fees before the Claims' Administrator can prepare the proper notices and checks to Settlement Collective Members, due to be sent on May 27, 2025.

4. Therefore, Plaintiffs respectfully request an extension of time as to the requirements set forth in Paragraph 3 above so as to be calculated from and to go into effect twenty-one (21) days after the Court rules on Plaintiffs' renewed motion for fees and costs. Defendant does not oppose this request.

5. The requested extension is not made in bad faith or for purposes of delay, nor will the granting of the requested extension prejudice any party.

6. Plaintiffs' counsel discussed this Motion for Extension with Defendant's counsel, and this Motion is unopposed.

WHEREFORE, premises considered, Plaintiffs Taiwan Wallace, Roger Davis, Michael Sturdivant, Glen Floyd, Emily Colson, Broderick Burnett and Bridgette Tate pray

Page 2 of 3
Taiwan Wallace, et al. v. Evergreen Packaging, LLC
U.S.D.C. (E.D. Ark.) No. 4:22-cv-337-KGB
Unopposed Motion for Extension of Time to File Renewed Motion for Fees

that the Court extend the deadline to file Plaintiffs' Renewed Motion for Attorney's Fees until April 14 and extend the requirements set forth above of the approved Settlement Agreement until twenty-one (21) days after the Court rules on Plaintiffs' Renewed Motion for Attorneys' Fees.

    Respectfully submitted,

    **TAIWAN WALLACE, ROGER DAVIS, MICHAEL STURDIVANT, GLEN FLOYD, EMILY COLSON, BRODERICK BURNETT and BRIDGETTE TATE Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

    Sean Short
    Ark. Bar No. 2015079
    sean@sanfordlawfirm.com

    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com

Page 3 of 3
Taiwan Wallace, et al. v. Evergreen Packaging, LLC
U.S.D.C. (E.D. Ark.) No. 4:22-cv-337-KGB
Unopposed Motion for Extension of Time to File Renewed Motion for Fees