IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, individually and on
behalf of all others similarly situated**                                                                                     **PLAINTIFFS**

v.                              Case No. 4:22-cv-00337-KGB

**EVERGREEN PACKAGING, LLC**                                                                                                **DEFENDANT**

## ORDER

Before the Court is named plaintiffs Taiwan Wallace, Roger Davis, Michael Sturdivant, Glen Floyd, Emily Colson, Broderick Burnett, and Bridgette Tate's, individually and on behalf of all others who returned a signed consent to join the case (collectively "Plaintiffs"), unopposed motion for extension of time to file renewed motion for fees and to extend certain deadlines set by the approved settlement (Dkt. No. 137). Plaintiffs note that, pursuant to the Court's March 17, 2025, Order (Dkt. No. 136), Plaintiffs are permitted to file a renewed motion for attorneys' fees (Dkt. No. 137, ¶ 1). Plaintiffs represent that they presume a 14-day deadline from the date of the Court's Order to file their renewed motion for attorneys' fees and, in the light of that presumption, now request a 14-day extension of the deadline by which they may file their renewed motion (*Id.*, ¶ 2).

Plaintiffs further represent that the Court's ruling on their renewed motion will determine the amount of each settlement check (*Id.*, ¶ 3). Plaintiffs therefore also request an extension of the following deadlines in the approved Collective Settlement Agreement For All Claims ("Approved Settlement Agreement") so as to be calculated from and to go into effect 21 days after the Court rules on Plaintiffs' renewed motion for attorneys' fees: (1) the production of the class list and Qualifying Workweek count to the Settlement Administrator; (2) the funding of the settlement; (3) the calculation of settlement shares and checks to the Settlement Collective Members; (4) the

sending of the Settlement Checks to the Settlement Collective; and (5) bi-weekly accounting by the Administrator of the Settlement Checks to the Settlement Collective (*Id.*, ¶¶ 3–4). Plaintiffs represent that the motion is unopposed (*Id.*, ¶ 6).

For good cause shown, the Court grants the motion (*Id.*). The Court extends the deadline by which Plaintiffs may file their renewed motion for attorneys' fees up to and including April 14, 2025. The Court extends the deadlines in the Approved Settlement Agreement as Plaintiffs propose in their motion.

It is so ordered this 27th day of March, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge