IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, ROGER DAVIS,**  **PLAINTIFFS**
**MICHAEL STURDIVANT, GLEN FLOYD,**
**EMILY COLSON, BRODERICK BURNETT,**
**and BRIDGETTE TATE, Each Individually and**
**on Behalf of All Others Similarly Situated**

vs.                                     No. 4:22-cv-337-KGB

**EVERGREEN PACKAGING, LLC**                                     **DEFENDANT**

## DECLARATION OF ATTORNEY JOSH SANFORD

Pursuant to 28 U.S.C. § 1746, Josh Sanford declares, subject to the penalties for perjury, as follows:

1. My name is Josh Sanford, and I am over the age of 18 and duly qualified to execute this Declaration and to swear to the accuracy of the facts herein contained.

2. I am an attorney licensed in the State of Arkansas. I practice law with the law firm of Sanford Law Firm, PLLC (hereinafter "Sanford Law Firm"), which is located in Little Rock, Arkansas, and which I founded in Russellville, Arkansas in 2001. I opened an office in Little Rock in 2009 and now predominantly practice in the Arkansas District Courts, together with a busy Western District of Texas practice.

3. I practice law full-time, and I manage the other attorneys in the Sanford Law Firm.

4. I have prosecuted over 150 wage lawsuits in Texas in the last three years.

5. I have prosecuted over 500 wage lawsuits in Arkansas in the last seven years.

6. In the course of my law practice, I engage in a significant amount of wage and hour litigation—specifically cases arising under the Fair Labor Standards Act (FLSA) and the comparable Arkansas Minimum Wage Act (AMWA). A significant portion of my case load is in various federal courts around the United States, including trial work in cases arising under Title VII of the Civil Rights Act of 1964, the Equal Pay Act, the FLSA, and the Family and Medical Leave Act.

7. I am licensed to practice law in all state and federal courts in the States of Arkansas, Colorado and Texas. I am also actively engaged in appellate practice. I have handled cases before almost all county Circuit Courts in the Central and River Valley regions of Arkansas, the United States District Courts for the Eastern and Western Districts of Arkansas, the United States District Courts for the Eastern, Southern, Northern and Western Districts of Texas, the United State District Court for the Northern District of Oklahoma, the United States District Court for the Southern District of Ohio, the United States District Court for the District of Colorado, the United States District Court for the Eastern District of Michigan, the United States District Court for the District of Oregon, and the Fifth, Sixth and Eighth Circuit Courts of Appeals.

8. Within the past two years, Sanford Law Firm has also filed cases in the federal district courts in Kentucky, North Carolina, South Carolina, Florida, Georgia, Alabama, Mississippi, Georgia, Louisiana, Missouri and Illinois.

9. In 2005, I was voted "Best Attorney" (tie) in a readers' poll published by *The Courier* in Russellville, Arkansas. Subsequently, in 2008, I served as the President of the Pope County Bar Association. In addition, I am or have been a member of the American, Arkansas, and Pope County Bar Associations, the Arkansas Trial Lawyers Association

and the National Employment Lawyers Association.

10.    I have been lead counsel on numerous wage and hour cases filed in United States District Courts throughout the nation, including the following: *Craig Lyons, et al. v. Con Agra*, 4:12-cv-245-JM (E.D. Ark.) (over 790 plaintiffs); *Keyli Cruthis, et al. v. Visions, et al.*, 4:12-cv-244-KGB (E.D. Ark.); *James Finley v. Universal Pressure Pumping, Inc.*, SA:12-ca-0654-OG (Western District of Texas); *Michael Alexander v. Hahn Appliance Center, Inc.*, 12-CV-257-CVE-TWL (N.D. Okla.); *Chad Lochridge, et al. v. Lindsey Management, et al.*, 5:12-CV-5047-JLH (W.D. Ark.); *Bill Hollomon, et al. v. AT&T Mobility Services, LLC*, 4:11-cv-600-BRW (E.D. Ark.); *Jeffrey Bacon, et al. v. Eaton Aeroquip, LLC*, 2:11-cv-14103-GD (E.D. Mich.); *Karen "Kay" Roland v. Sharp County Post 336, et al.*, 1:11-CV-85-DPM (E.D. Ark.); *Bennie Watson, et al. v. Surf-Frac Wellhead Equipment Company, Inc.*, 4:11-CV-843 (JLH) (E.D. Ark.); *Robert Terry, et al. v. City of Ola*, 4:11-cv-11-645 (JLH) (E.D. Ark.); *Donald Bateman, et al. v. Frac Tech Services, LLC*, 6:11-cv-708 (E.D. Tex.); *Kalie Brown, et al. v. Barney's Barn, Inc., d/b/a/ Peaches Gentlemen's Club*, 4:11-cv-224 (SWW) (E.D. Ark.); *Jason Phillips v. Oil Patch Water and Sewer Services, LLC, et al.*, 4:11-cv-776 (JLH) (E.D. Ark.); *David Delock, et al. v. Securitas Security Services USA, et al.*, 4:11-CV-520 (DPM) (E.D. Ark.); *Karen Springs, et al. v. First Student, Inc.*, 4:11-CV-00240 (BSM) (E.D. Ark.); *Teramura v. Walgreen Co.*, 5:12-cv-5244-JLH (W.D. Ark.), and many others.

11.    I have also been lead counsel on numerous wage and hour cases that resulted in settlements or judgments in favor of my clients including the following: *Coby Pearce v. Frac Tech Services, LLC*, No. 4:12-cv-651-JLH (E.D. Ark.); *Nicole Collins v. Barney's Barn, Inc., et al.*, No. 4:12-cv-685-SWW (E.D. Ark.); *Joseph Gauthier, et al. v.

*Trican Well Service, L.P.,* No. 6:13-cv-46-LED (E.D. Tex.); *Jason Roche, et al. v. S-3 Pump Service, Inc.,* No. 5:15-cv-268-XR (W.D. Tex.); *Kristen Whitworth, et al. v. French Quarter Partners, LLC,* No. 6:13-cv-6003-RTD (W.D. Ark.); *Robert Terry v. Yell County Ark.,* No. 4:13-cv-408-SWW (E.D. Ark.); *Jessica Guinn v. D J Trucking*, No. 4:13-cv-559-KGB (E.D. Ark.); *Maria Romero de Lopez, et al. v. Ozark Mountain Poultry, Inc.,* No. 5:13-cv-5272-TLB (W.D. Ark.); *Sean Jordan v. Big E. Foods, Inc.,* No. 4:14-cv-205-BRW (E.D. Ark.); *Patricia Hernandez, et al. v. Simmons Foods, Inc.,* No. 5:14-cv-5159-JLH (W.D. Ark.); *Sean Schneider v. Habitat for Humanity International, Inc.,* No. 5:14-cv-5230-TLB (W.D. Ark.); *Pedro Espinoza v. Car-Son Construction, LLC*, No. 4:14-cv-467-KGB (E.D. Ark.); *Sheila Lyles v. City of Trumann, Ark.,* No. 3:14-cv-210-DPM (E.D. Ark.); and *Kellie McCartney v. Baily and Thompson Tax and Accounting, P.A.,* No. 4:14-cv-561-SWW (E.D. Ark.).

12. I have also been lead counsel on several wage and hour cases in which collective actions have been granted including *Sam Adams v. United Cerebral Palsy of Central Ark., Inc.*, No. 4:16-cv-930-JLH (E.D. Ark.); *James Harris, et al. v. Express Courier International, Inc.*, No. 5:16-cv-5033-TLB (W.D. Ark.); and *Dustin Moore, et al. v. Performance Pressure Pumping Services, LLC*, No. 5:15-cv-432-XR (W.D. Tex.), and dozens of others.

13. Since January of 2015, Sanford Law Firm has filed and prosecuted over 750 distinct wage lawsuits throughout Arkansas and Texas, including those still pending. Many of these lawsuits are (or were, if they have been resolved) group or collective actions, as well as several class actions under Rule 23.

14. Collectively, cases filed by the Sanford Law Firm since 2009 have resulted

in far more than $11,000,000.00 in settlement and judgment money for wage and hour violations for more than two thousand (2,000) clients across the nation.

15. In the past two years, Sanford Law Firm has shifted from its FLSA practice. Instead of focusing exclusively on wage and hour law, the Firm has moved its focus into accepting and litigating data breach lawsuits. On average, data breach lawsuits result in fee awards based on hourly rates between $500 and $1000, with an average of around $750. Due to the magnitude of the collective and the complexity of claims in this case over the past three years, Sanford Law Firm has been precluded from accepting work in the far more lucrative field of data breach cases.

16. I am familiar with the customary and reasonable fees charged by myself and by other attorneys in the Eastern District of Arkansas. Generally, the customary and reasonable fee charged for federal court work in FLSA cases in U.S. District Courts in Arkansas is $150.00 to $350.00 per hour, depending upon experience and specialty. These hourly rates have barely shifted in the 15+ years that I have been practicing FLSA law.

17. The rates charged by Sanford Law Firm's attorneys are reasonable. The rates are reflective of the number of years each attorney has practiced, the attorneys' expertise in employment issues such as the FLSA, and the rates charged by other attorneys specializing in FLSA work. The staff time and hourly rate for the Sanford Law Firm below are likewise reasonable and comparable.

18. The attorneys of Sanford Law Firm maintain contemporaneous time and expenses records as a matter of ordinary and customary business practice. The time and billing records identify the amount of time expended, the tasks performed, the rate of the

particular timekeeper involved, and the costs incurred. I reviewed the firm's unaudited billing records in this case and found that the following attorneys billed time to this matter:

| Billed By | Rate | Time Claimed | Value Claimed |
|---|---|---|---|
| Anna Stiritz | $400.00 | 13.7 | $5,480.00 |
| Courtney Lowery | $250.00 | 2.4 | $600.00 |
| Daniel Ford | $350.00 | 17.7 | $6,195.00 |
| Josh Sanford | $525.00 | 51.6 | $27,090.00 |
| Rebecca Matlock | $350.00 | 16.5 | $5,775.00 |
| Samuel Brown | $250.00 | 2.0 | $500.00 |
| Sean Short | $350.00 | 24.0 | $8,400.00 |
| Stacy Gibson | $350.00 | 1.4 | $490.00 |
| Vanessa Kinney | $400.00 | 3.3 | $1,320.00 |
| Paralegal | $125.00 | 136.6 | $16,825.00 |
| Staff | $75.00 | 34.6 | $2,595.00 |
| Grand Total | | 303.8 | $75,520.00 |

19.   Each attorney's hourly rates are supported by their skills and experience. Attorneys Anna Stiritz and Vanessa Kinney are seasoned attorneys with over 15 years of experience. Attorneys Daniel Ford, Sean Short, Rebecca Matlock and Stacy Gibson each have at least 10 years of experience. Attorneys Courtney Lowery and Sam Brown have 5+ years of experience. All are well-qualified to work on wage-and-hour matters.

20.   Until recently, the Sanford Law Firm's work focused on representing workers in employment matters, and its lawyers focused their practices in the area of the FLSA and similar wage-and-hour cases. In the community of attorneys who focus their practice in this area of the law, the Sanford Law Firm has a strong reputation for its quality of work and diligent representation of its clients.

21.   The hourly rates reflected in this Declaration were updated recently following a thorough internal review. Prior to this change, the Sanford Law Firm had not adjusted its rates in several years, despite increasing costs, expanded expertise, and the

firm's growing national litigation profile. The updated rates are consistent with the prevailing market rates for similar legal services and reflect the firm's depth of experience, particularly in complex wage-and-hour and data breach litigation.

22. Sanford Law Firm represented Plaintiffs in this case on a contingency basis and paid all out-of-pocket costs, including filing and service fees, copying costs, and other such expenses without any assurances that fees or costs would be recovered.

23. Not only is there no guarantee that any fees and costs will be recovered in a contingency fee case, but any recovery made will be delayed as compared to clients who make up-front or monthly payments as litigation proceeds. In contingency fee cases, an attorney is not paid for months or even years, depending on how long it takes for litigation to conclude.

24. This type of work is time-consuming and rigorous, and the amount of time spent by our firm at each step in this case is reasonable. It is not uncommon in the course of my practice for clients with similar cases to incur attorney's fees that are as much as or more than those in this case.

25. With these matters in mind, I reviewed the hourly rates for the attorneys and staff that the Sanford Law Firm is seeking in this case.

26. Based on my experience and knowledge, it is my opinion that these hourly rates are reasonable given the attorneys' skills, expertise, and reputations, and they are within the range of rates awarded to attorneys with similar backgrounds and experience.

27. The hours billed to this matter are also reasonable and consistent with or less than the hours typically billed to cases of similar complexity and at similar stages of litigation.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on this 14th day of April, 2025.

*/s/ Josh Sanford*
**JOSH SANFORD**