IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TAIWAN WALLACE, individually and on
behalf of all others similarly situated**                                                **PLAINTIFFS**

v.                              Case No. 4:22-cv-00337-KGB

**EVERGREEN PACKAGING, LLC**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter approving of the parties' settlement (Dkt. No. 136) and the Orders on attorney's fees (Dkt. Nos. 136, 140), it is considered, ordered, and adjudged that plaintiffs' claims are dismissed consistent with the settlement reached by the parties in this case.

It is so adjudged this 29th day of September, 2025.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge